**DENY and Opinion Filed April 11, 2022**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-22-00322-CV**

**IN RE LIBERTY COUNTY MUTUAL INSURANCE COMPANY AND MARIANNE MICHELE CAGLE, Relators**

**Original Proceeding from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-04673-E**

## MEMORANDUM OPINION

Before Justices Myers, Nowell, and Goldstein
Opinion by Justice Goldstein

Before the Court are relators' April 11, 2022 petition for writ of mandamus and emergency motion for temporary relief. In their petition, relators challenge the trial court's order: (1) granting real party in interest's motion to quash a deposition on written questions, and (2) ordering $2,000 in monetary sanctions.

Entitlement to mandamus relief requires relators to show that the trial court clearly abused its discretion and that they lack an adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). As the parties seeking relief, relators have the burden of providing the Court with a certified or sworn copy of every document that is material to establishing their right to

mandamus relief. *See* TEX. R. APP. P. 52.3(k), 52.7(a); *In re Butler*, 270 S.W.3d 757, 759 (Tex. App.—Dallas 2008, orig. proceeding) (requiring relator to submit a record containing certified or sworn copies). Based on the record before us, we conclude relators have not met this burden. Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.3(k), 52.7(a).

Having denied the petition, we deny as moot the emergency motion seeking a stay of the deadline for payment of the monetary sanctions. We also conclude, in any event, that relators would not be entitled to relief with respect to the trial court's imposition of monetary sanctions. *See Braden v. Downey*, 811 S.W.2d 922, 929 (Tex. 1991) (explaining that improper monetary sanctions orders can typically be rectified on appeal).

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

220322F.P05